UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-02365-JLS-RAO                              Date: May 06, 2026
Title:  Sawan Kumar v. Sergio Albarran et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

        Kelly Davis                                                N/A
        Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

        Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING APPLICATION FOR
                 TEMPORARY RESTRAINING ORDER (Doc. 2)**

On May 5, 2026, Petitioner Sawan Kumar filed a petition for writ of habeas corpus
and an *ex parte* Application for Temporary Restraining Order ("TRO").  (Petition, Doc.
1; App., Doc. 2.)  Petitioner is currently detained by Immigration and Customs
Enforcement ("ICE"), and seeks a TRO requiring Respondents to release him from
detention.  (*See* App.)

Due to the influx of petitions for writs of habeas corpus filed by those in
immigration detention, and to facilitate their expedited resolution, the Court has issued
General Order No. 26-05.  (Doc. 5.)  Pursuant to the General Order, the Court set a
briefing schedule for the petition for writ of habeas corpus in this case: Respondents'
answer is due by May 12, 2026, and Petitioner's reply is due no later than 3 days after the
answer is filed.  (*Id.*)  In light of the expedited briefing schedule on the underlying habeas
petition, it is not certain that the merits of the TRO Application can be decided before the
merits of the habeas petition are decided.  Even if there were to be a delay that results
from awarding Petitioner relief based on the habeas petition alone, it would be brief.
Under these circumstances, the Court concludes that awarding relief on an emergency, *ex
parte* basis is not warranted.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7,
22 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-02365-JLS-RAO                                          Date: May 06, 2026
Title:  Sawan Kumar v. Sergio Albarran et al

absence of preliminary relief"). Accordingly, Petitioner's Application is DENIED. Proceedings on the merits of Petitioner's underlying habeas petition will continue before the Magistrate Judge.

Initials of Deputy Clerk: kd