JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SUWAN KUMAR,

          Petitioner,

   v.

SERGIO ALBARRAN, *et al.*,

          Respondents.

Case No. 5:26-cv-02365-JLS-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 14, 2026

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE